| | | | | |
|---|---|---|---|---|
| Hagan v. State | 92A05–1607–CR–1587 | 05/26/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Styles v. State | 20A03–1612–CR–2758 | 05/26/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Hutchins v. State | 49A04–1609–CR–2184 | 05/26/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Platt v. Review Board of the Indiana Department of Workforce Development | 93A02–1609–EX–2213 | 05/26/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Gransbury v. State | 41A05–1606–CR–1422 | 05/26/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Clark v. State | 03A01–1701–CR–119 | 05/26/2017 | PYLE, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Lyons v. Henegar | 53A04–1603–MI–611 | 05/30/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Townes v. State | 49A04–1611–CR–2651 | 05/30/2017 | BROWN, J. | Affirmed |
| | | | MAY, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Kennedy, Estate of v. SAFR, L.L.C. | 84A01–1607–PL–1639 | 05/30/2017 | MATHIAS, J. | Affirmed in part, reversed in part, and remanded |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Dunham v. State | 12A02–1606–CR–1357 | 05/30/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Rice v. State | 45A05–1608–PC–1951 | 05/30/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |